1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 20-CR-3570-BAS |
|---|---|
| Plaintiff, | ) **ORDER TO SEAL (ECF No. 74)** |
| v. | ) |
| ROBERTO SUAREZ, | ) |
| Defendant. | ) |

Upon motion of the Plaintiff, and good cause appearing,

IT IS HEREBY ORDERED that Exhibit 1 to the United States' Response in Opposition to Defendant's Motion to Reduce to Sentence under Title 18 U.S.C. § 3582(c)(1)(A), in the above-entitled matter, BE SEALED, until further court order.

**IT IS SO ORDERED.**

DATED: November 14, 2023

Hon. Cynthia Bashant
United States District Judge

20cr3570